E-FILED
Thursday, 11 August, 2005  09:48:56 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS ) | |
| HEALTH & WELFARE TRUST ) | |
| FUND, CARPENTERS WELFARE, ) | |
| PENSION AND RETIREMENT ) | |
| SAVINGS FUND OF ILLINOIS, ) | |
| MID-CENTRAL ILLINOIS ) | |
| REGIONAL COUNCIL OF ) | |
| CARPENTERS, MID-CENTRAL ) | |
| ILLINOIS REGIONAL COUNCIL OF ) | |
| CARPENTERS APPRENTICESHIP ) | |
| FUND, CENTRAL ILLINOIS ) | |
| CARPENTERS ANNUITY FUND, ) | |
| CARPENTERS FRINGE BENEFIT ) | |
| FUNDS and CARPENTERS LOCAL ) | |
| #644, ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
|     v. ) | No.  04-3214-CV |
| ) | |
| ATHLETIC SURFACES, ) | |
| EQUIPMENT, AND DESIGN INC., a ) | |
| Wisconsin Corporation, ) | |
| ) | |
|     Defendant. ) | |

## OPINION

RICHARD MILLS, U.S. District Judge:

The deadline for responding to Plaintiffs' Motion for Default has

passed and the Defendant has not filed a response.  Ergo, Plaintiffs'

Motion for Default (d/e 12) is ALLOWED insofar as it seeks a general

determination of liability.  The Court will not, at the present time,

authorize the relief Plaintiffs requests.  Plaintiffs must establish the exact

amount Defendant owes before the Court can determine an appropriate

damage award.  Therefore, Defendant is ordered to tender any and all

payroll documents and employee records pertinent to this action to

Plaintiffs' counsel, Cavanagh & O'Hara, 407 E. Adams St., Springfield,

IL 62701.  The materials must be presented at the firm's office by 1:00

p.m. on August 19, 2005. The Court reserves ruling on Plaintiffs' request

for relief until Plaintiffs completes an accounting of the relevant records.

Plaintiffs are ordered to file a status report by August 29, 2005.  (Clerk

to c.c. all parties).

IT IS SO ORDERED.

ENTER:  August 11, 2005

FOR THE COURT:

s/ Richard Mills
United States District Judge